# JOSEPH J. HASPEL PLLC

ATTORNEY AT LAW
39 CASIMER ROAD
MIDDLETOWN, NEW YORK 10941
(845) 694-4409
(845) 313-6068 (CELL)
(845) 232-2293 (FAX)

JOSEPH J. HASPEL

MATTHEW A. BLANK

OF COUNSEL:
NEIL I. JACOBS

JHASPEL@HASPELLAW.NET

> The motion to dismiss is DENIED as moot. The Clerk of Court is respectfully directed to close Dkt. No. 6.
>
> LEWIS J. LIMAN
> United States District Judge
>
> 8/9/2021

August 6, 2021

Via:   ECF

Hon. Lewis J. Liman
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   *Alfonso v. Mougis Logistics Corp.*
      Case No. 21-cv-05302 (LJL)

Please be advised that I represent the defendant in the above-referenced matter. On July 14, 2021, I filed a motion to dismiss. On August 5, 2021, Plaintiff filed an amended complaint as a matter of right. As the amended complaint supersedes the original complaint, we believe that the motion to dismiss has been rendered moot, and we hereby withdraw it. Defendants will be filing a motion to dismiss the amended complaint shortly.

Very truly yours,

Joseph J. Haspel

cc: Nolan Klein, Esq (by ECF)