```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/11/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
DONALD ALFONSO, *individually and on* :
*behalf of others similarly situated*, :
:
                Plaintiffs, :      21-cv-5302 (LJL)
:
       -v- :      ORDER
:
MOUGIS LOGISTICS CORP., :
:
                Defendant. :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      On December 6, 2021, the Court dismissed Plaintiff's FLSA minimum wage claim without prejudice, explaining that Plaintiff has until January 5, 2022 to file an amended complaint or else the Court would dismiss the claim with prejudice and direct the Clerk of Court close the case. Plaintiff has not filed an amended complaint. It is hereby ORDERED that Plaintiff's FLSA minimum wage claim is dismissed with prejudice. The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated: January 11, 2022
       New York, New York

                                                    LEWIS J. LIMAN
                                           United States District Judge